UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                            10-CR-0347(SJ)

JESSE A. STOFF,
BILLY N. GERIS, and
ILYA GERSHKOVICH,

                    Defendants.

- - - - - - - - - - - - - - - - - -X

## [PROPOSED] ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS THE INDICTMENTS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby grants the United States' unopposed motion to dismiss the pending indictments against Defendants Jesse A. Stoff, Billy N. Geris, and Ilya Gershkovich.

DATED this ⎽ day of December 2012.

                                                       /s/(SJ)

                                          Hon. Sterling Johnson, Jr.
                                          United States District Judge

cc:   Daniel S. Kahn
       Aisling O'Shea
       U.S. Department of Justice

Fraud Section, Criminal Division
1400 New York Avenue, N.W.
Washington, DC 20530
(202) 616-3434
(202) 353-9795


Andrea Likwornik Weiss
Levi Lubarsky & Feigenbaum LLP
1185 Avenue of the Americas, 17th floor
New York, NY 10036
(212) 308-6100

Joseph Tacopina
Chad Seigel
Tacopina, Seigel & Turano, P.C.
275 Madison Avenue, FL 35
New York, NY 10016


John Kaley
Doar Rieck Kaley & Mack
217 Broadway, Suite 707
New York, NY 10007

2